1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    TAHEE ABD' RASHEED                      1:08-cv-00301-LJO-SMS-PC
      aka JAMES E. SMITH

12
                    Plaintiff,              ORDER DISMISSING ACTION,
13                                          WITHOUT PREJUDICE, FOR
            vs.                             FAILURE TO PAY FILING FEE
14
      NADINE ADDISON,                       ORDER FOR CLERK TO CLOSE CASE
15
                    Defendant.
16    _____/

17          Plaintiff James E. Smith ("plaintiff") is a prisoner proceeding pro se in a civil rights action

18    pursuant to 42 U.S.C. § 1983.  On April 16, 2008, pursuant to 28 U.S.C. § 1915(g), the court found

19    plaintiff ineligible to proceed in in forma pauperis and ordered plaintiff to pay the $350.00 filing fee in

20    full within thirty days.  Plaintiff was warned that the failure to obey the court's order would result in

21    dismissal of this action.  More than thirty have passed and plaintiff has not complied with or otherwise

22    responded to the court's order.

23          Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to

24    obey the court's order to pay the $350.00 filing fee.  The Clerk is directed to close this case in its

25    entirety.

26    IT IS SO ORDERED.

27    **Dated:    May 29, 2008**                      **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE
28