IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABD' RASHEED aka JAMES E. SMITH, | 1:08-cv-00301-LJO-SMS (PC) |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| vs. | (Motion #8) |
| NADINE ADDISON, | |
| Defendant. | |

Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2009, plaintiff file a "Motion for Conference/Rule 65(b) and L.R. 16-240" in which he requests copies of documents from defendant pursuant to the Freedom of Information Act and payment of attorney fees. In light of the fact that plaintiff's case was dismissed on May 29, 2008, and plaintiff is not entitled to any payment or copies from defendant, the motion is DENIED AS MOOT.

IT IS SO ORDERED.

**Dated:** **April 6, 2009**             /s/ Sandra M. Snyder
                               UNITED STATES MAGISTRATE JUDGE